**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

CHARLES P. DANIELS AND IMRAN DALVI, : No. 593 MAL 2019
:
           Petitioners :
: Petition for Allowance of Appeal
: from the Order of the Superior Court
      v. :
:
:
ATLANTIC COMMUNITY BANKERS BANK :
AND JON EVANS, :
:
           Respondents :


## ORDER


**PER CURIAM**

      **AND NOW**, this 16th day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.